In the Matter of NATHANIEL BECKER, Appellant, against GEORGE J. RYAN et al., Constituting the Board of Education of the City of New York, Respondents.

(Submitted November 19, 1934; decided December 4, 1934.)

430

*Paul Windels*, Corporation Counsel (*Arthur B. Hoff, Jr.*, of counsel), for motion.

*Nathaniel Becker*, in person, opposed.

Motion granted and appeal dismissed ,with costs and ten dollars costs of motion, unless appellant files an undertaking and pays ten dollars costs on or before January 7, 1935, in which event the motion is denied.